AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| THERESA PURCELL | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIV NO. 15-00211 LEK-RLP |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| AMERICAN AIRLINES, INC., JOHN DOES 1-10; JANE DOES 1-10; AND DOE ENTITIES 1-10 | September 30, 2016 At 9 o'clock and 30 min A.m. SUE BEITIA, CLERK |
| Defendants. | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED     that Summary Judgment is entered in favor of Defendant American Airlines, Inc. as to all of Plaintiff's remaining substantive claims - Counts II, III, IV and VII. Count VIII is dismissed with prejudice. Judgment is entered pursuant to the "Order Granting Defendant's Motion For Summary Judgment And Denying Plaintiff's Motion For Partial Summary Judgment As To Counts II and VII" filed on August 31, 2016, (ECF NO. [82]).

| | |
|---|---|
| September 30, 2016 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |